**Order entered September 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01016-CV

## IN RE MARK NUSBAUM, CHRIS CLARK, AND LEAD EQUITY GROUP, LLC, Relators

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18742**

## ORDER
Before Justices Bridges, Myers, and Nowell

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial court to issue within thirty (30) days of the date of this order a written ruling vacating its July 30, 2019 order reconsidering and denying relators' TCPA motion to dismiss and reinstating its June 11, 2019 order granting relators' motion to dismiss. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its order or orders evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

/s/     LANA MYERS
          JUSTICE